| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| DEREK THOMPSON, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PANDORA MEDIA, INC., GREGORY B. MAFFEI, ROGER CONANT FAXON, DAVID J. FREAR, JASON HIRSCHHORN, TIMOTHY LEIWEKE, ROGER J. LYNCH, MICHAEL M. LYNTON, JAMES E. MEYER, and MICKIE ROSEN,<br><br>Defendants. | CASE NO.: 3:18-cv-06973-JST<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Courtroom 9, 19th Floor<br>Before: Hon. Jon S. Tigar |

Pursuant to the Stipulation to Extend Time to File Responsive Pleading and to Continue the Initial Case Management Conference, it is hereby ordered that (i) Defendants Pandora Media, Inc., Roger Faxon, David Frear, Jason Hirschhorn, Timothy Leiweke, Roger Lynch, Michael Lynton, Gregory Maffei, James Meyer, and Mickie Rosen will have until March 26, 2019 to answer, move against, or otherwise respond to the Complaint and (ii) the Initial Case Management Conference is rescheduled for April 17, 2019.

Dated: January __25__, 2019

_____
The Honorable Jon S. Tigar
United States District Judge

[P̶r̶o̶p̶o̶s̶e̶d̶] Order Granting Stipulation To Extend Time To File Responsive Pleading And To Continue The Initial Case Management Conference
Case No.: 3:18-cv-06973-JST

1